UNITED STATES of America,
Plaintiff–Appellee

v.

Jason Dewight STEPHENS,
Defendant–Appellant.

No. 12–50285
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 27, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jeffrey David Parker, Esq., Jeff Parker Law Firm, Belton, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jason Dewight Stephens has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Stephens has not filed a response, but he did submit a status request letter. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Stephens's letter. We concur with counsel's assessment that the appeal pres-

ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.